DTF

# LEWIS, CLIFTON & NIKOLAIDIS, P.C.
## ATTORNEYS AT LAW
275 SEVENTH AVENUE
SUITE 2300
NEW YORK, N.Y. 10001-6708
(212) 419-1500

FACSIMILE
(212) 419-1510

EVERETT E. LEWIS
DANIEL E. CLIFTON
LOUIE NIKOLAIDIS °

ELAINE L. SMITH

OF COUNSEL
STEPHEN H. STURM

° ADMITTED N.Y. AND N.J. BAR

NEW JERSEY OFFICE
340 GEORGE STREET
NEW BRUNSWICK, N.J. 08901
(732) 545-2303
FAX (732) 545-2412

FILED
U.S. [illegible] E.D.N.Y.

★ SEPT 8 2005 ★

BROOKLYN OFFICE

August 31, 2005

The proposed division
of funds is hereby
approved. So ordered

s/John Gleeson   USDJ

9/1/05

BY FAX

Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Drywall Tapers v. Local 530
Case Nos. 93-CV-0154; 98-CV-7076 (JG)

Dear Judge Gleeson:

In Findings of Fact and Conclusions of Law dated February 7, 2005, the court established a ceiling on damages in the amount of $2,322,432.70, and awarded attorney's fees and costs in the amount of $999,499.44. Pursuant to the Stipulation and Order of Settlement entered April 25, 2005, plaintiff recovered the sum of $900,000.00 in settlement of all claims. The Stipulation further provides that the division of this sum between damage claims and attorney's fees must be approved by the court. Specifically, paragraph 1(a) provides that Local 530 shall

> pay the total sum of $900,000.00 to Local 1974, which shall be divided between the claims of individual claimants and Local 1974's attorney's fees. Local 1974 shall determine the division of this sum between damage claims and attorney's fees, which shall not be contested by Local 530. The division between damage claims and attorney's fees shall be approved by the court.

Local 1974 has determined that the recovery should be divided as follows: $600,000 for damage claims and $300,000 for attorney's fees. The individual claims for 161 claimants have been calculated based on this division (although they can obviously be re-calculated if this division is not approved).

Faxed

```
*************** -COMM. JOURNAL- ******************** DATE SEP-01-2005 ***** TIME 16:57 ********

            MODE = TRANSMISSION                      START=SEP-01 16:56    END=SEP-01 16:57
                FILE NO.=885
        STN NO.    COMM.    ABBR NO.    STATION NAME/TEL NO.    PAGES    DURATION

        001        OK                   917325452412            001      00:00:24


                                                    -JUDGE GLEESON              -
******************************************* -FAX 310 V2.18)  - ***** -       7182602457- *********
```